UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINE REYNOLDS, individually and as parent and natural guardian of B.R., a minor, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. ) 15-14133-FDS |
| GLAXOSMITHKLINE LLC, | ) ) ) |
| Defendant. | ) ) |

### ORDER CONCERNING REFERRAL TO NEW COUNSEL

**SAYLOR, J.**

On November 14, 2016, this Court ordered plaintiff to show cause in writing on or before December 5, 2016, why this case should not be dismissed for failure to prosecute and/or to comply with discovery orders. Plaintiff timely responded, stating that her attorney was seriously ill and in the process of referring her case to new counsel. Plaintiff is hereby ORDERED to file a status report with the Court on or before February 17, 2017, indicating whether her case is being transferred to new counsel and the anticipated timetable for compliance with any outstanding court orders and discovery obligations. If plaintiff fails to file such a status report, defendant may renew its motion to dismiss for lack of prosecution and/or failure to provide discovery.

**So Ordered.**

Dated:  January 27, 2017

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge